## TONEY v. WARDEN OF MARYLAND PENITENTIARY

[P. C. No. 103, September Term, 1959.]

*Decided May 20, 1960.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

For the reasons set forth in the opinion of Judge Prendergast below, the application for leave to appeal is denied.